J. TAMEL, State Bar No. 229378
mtamel@DWKesq.com
KASMIRA M. BROUGH, State Bar No. 308791
kbrough@DWKesq.com
Dannis Woliver Kelley
275 Battery Street, Suite 1150
San Francisco, CA  94111
Telephone: 415.543.4111
Facsimile: 415.543.4384

Attorneys for Plaintiff
TRAVIS UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS UNIFIED SCHOOL DISTRICT,<br><br>        Plaintiff,<br><br>    v.<br><br>DEBRA BELL and DONALD BELL, individually, and as parents on behalf of C.B., a minor,,<br><br>        Defendants. | Case No.  2:17-CV-00808-WBS-AC<br><br>**ORDER GRANTING TRAVIS UNIFIED SCHOOL DISTRICT'S APPLICATION FOR PERMISSION TO FILE A SURREPLY TO DEFENDANTS' REPLY TO OPPOSITION TO SPECIAL MOTION TO STRIKE**<br><br>Date :    July 24, 2017<br>Time :    1:30 p.m.<br>Dept :    5, 14th Floor<br>Judge:    William B. Shubb<br>Complaint Filed: April 17, 2017 |

    Plaintiff Travis Unified School District ("District") filed an application for permission to file a surreply to Defendants reply to District's opposition to Defendant's Special Motion to Strike the District's Second and Third Causes of Action (anti-SLAPP).

    Having considered all papers submitted in connection with the Application, the Court orders as follows:

    Plaintiff's Application for Permission to File a Surreply to Defendants' Reply to Opposition to Special Motion to Strike is GRANTED.  Plaintiff's Surreply, attached as Exhibit A to

1

**[PROPOSED] ORDER GRANTING TRAVIS UNIFIED SCHOOL DISTRICT'S APPLICATION TO FILE A SURREPLY**

Plaintiff's Application, shall be filed with this Court.

IT IS SO ORDERED.

Dated: July 20, 2017

*William B. Shubb* (signature)
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING TRAVIS UNIFIED SCHOOL DISTRICT'S APPLICATION TO FILE A SURREPLY

DWK DMS
3153043v1

DANNIS WOLIVER KELLEY
275 BATTERY STREET, SUITE 1150
SAN FRANCISCO, CA 94111