F. Richard Ruderman (SB No. 142226)
Colleen A. Snyder (SB No. 274064)
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: (916) 563-0100
Facsimile: (916) 563-0114
rick@rudermanknox.com
colleen@rudermanknox.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS UNIFIED SCHOOL DISTRICT,<br><br>           Plaintiff,<br><br>     v.<br><br>DEBRA BELL, and DONALD BELL, individually, and as parents on behalf of C.B., a minor,<br><br>           Defendants. | Case No. 2:17-cv-00808-WBS-AC<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE STATUS CONFERENCE;**<br>**[PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Travis Unified School District and Defendants Debra Bell and Donald Bell, individually, and as parents on behalf of C.B., a minor, (collectively referred to herein as "the Parties"), through their counsel of record, as follows:

1. Defendants have filed a Motion to Dismiss and Motion to Strike ("the motions") the second and third causes of action in the Complaint;

2. The Parties agreed through counsel that Defendants could defer filing an answer to the Complaint until the motions have been resolved;

3. The Court is scheduled to hear the motions on July 24, 2017, at 1:30 p.m.;

4. The Status [Pretrial Scheduling] Conference is scheduled for August 14, 2017, at

1:30 p.m.;

5. According to the Court's Order Re: Status [Pretrial Scheduling] Conference, the Parties must meet and confer by July 24, 2017, and file a Joint Status Report by July 31, 2017;

6. The Parties wish to defer discussion of a discovery plan and other pre-trial matters until after the motions have been resolved, and it is clear what claims are at issue;

7. Therefore, the Parties jointly request to continue the Status [Pretrial Scheduling] Conference to Monday, October 16, 2017 at 1:30 p.m.;

8. The Parties also request that all corresponding deadlines be continued accordingly.

Respectfully Submitted,

Dated: July 20, 2017

/S/ COLLEEN A. SNYDER
COLLEEN A. SNYDER
Attorney for Defendants

Dated: July 20, 2017

/S/ MATTHEW J. TAMEL
MATTHEW J. TAMEL
Attorney for Plaintiff

**IT IS SO ORDERED.**

The Status [Pretrial Scheduling] Conference is continued to **Monday, October 23, 2017 at 1:30 p.m**. A Joint Status Report shall be filed no later than **October 10, 2017**.

Dated: July 20, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE