MATTHEW J. TAMEL, State Bar No. 229378
mtamel@DWKesq.com
KASMIRA M. BROUGH, State Bar No. 308791
kbrough@DWKesq.com
Dannis Woliver Kelley
275 Battery Street, Suite 1150
San Francisco, CA 94111
Telephone: 415.543.4111
Facsimile: 415.543.4384

Attorneys for Plaintiff
TRAVIS UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS UNIFIED SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA BELL and DONALD BELL, individually, and as parents on behalf of C.B., a minor,<br><br>Defendants. | Case No. 2:17-CV-00808-WBS-AC<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: August 18, 2017         /s/ Matthew J. Tamel
                               Attorney(s) for Plaintiff


Dated: August 18, 2017         /s/ Colleen A. Snyder
                               Attorney(s) for Defendants


IT IS SO ORDERED.

Dated: August 21, 2017         _____
                               WILLIAM B. SHUBB
                               UNITED STATES DISTRICT JUDGE