MATTHEW J. TAMEL, State Bar No. 229378
mtamel@DWKesq.com
KASMIRA M. BROUGH, State Bar No. 308791
kbrough@DWKesq.com
Dannis Woliver Kelley
275 Battery Street, Suite 1150
San Francisco, CA 94111
Telephone: 415.543.4111
Facsimile: 415.543.4384

Attorneys for Plaintiff and Counter-Defendant
TRAVIS UNIFIED SCHOOL DISTRICT

F. RICHARD RUDERMAN, SB No. 142226
rick@rudermanknox.com
COLLEEN A. SNYDER, SB No. 274064
colleen@rudermanknox.com
Ruderman & Knox, LLP
1300 National Drive, Suite 200
Sacramento, CA 95834
Telephone: 916-563-0100
Facsimile: 916-563-0114

Attorneys for Defendants and Counter-Claimants
C.B., DEBRA BELL, AND DONALD BELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS UNIFIED SCHOOL DISTRICT,<br><br>　　　　Plaintiff,<br>　　v.<br><br>DEBRA BELL and DONALD BELL, individually and as parents on behalf of C.B., a minor,<br><br>　　　　Defendants. | Case No. 2:17-CV-00808-WBS-AC<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE DEADLINE TO SERVE ADMINISTRATIVE RECORD;** **[**~~PROPOSED~~**] ORDER**<br><br>Complaint Filed: April 18, 2017 |
| DEBRA BELL and DONALD BELL, individually and as parents on behalf of C.B., a minor,<br>T<br>　　　　Counter-Claimants,<br>　　v.<br><br>TRAVIS UNIFIED SCHOOL DISTRICT,<br>　　　　Counter-Defendant. | |

1

**JOINT STIPULATION AND REQUEST TO CONTINUE DEADLINE TO SERVE ADMINISTRATIVE RECORD; [PROPOSED] ORDER**

I. **STIPULATION**

Travis Unified School District ("District"), Plaintiff and Counter-Defendant, and Debra and Donald Bell, individually and as parents on behalf of C.B., a minor, Defendants and Counter-Claimants, by and through their respective counsel, stipulate as follows:

1. According to the Court's Status (Pretrial Scheduling) Order, Plaintiff shall provide Defendants a certified copy of the administrative record no later than November 15, 2017.

2. On October 30, 2017, the Parties attended court-sponsored mediation which resulted in a tentative settlement.

3. On November 2, 2017, the Parties signed a settlement agreement, which is subject to the approval of the District's Board of Education ("Board"). The Parties anticipate that the settlement agreement will be reviewed and approved by the Board at the next regularly scheduled Board meeting on November 14, 2017.

4. In the event that the Board approves the settlement, the Parties have agreed to dismiss all claims filed in this case.

5. In anticipation of settling this case, and in the interest of avoiding the unnecessary expenditure of additional time and resources, the Parties have agreed to extend the deadline to serve the administrative record.

6. The Parties therefore request that the Court continue the deadline to serve the administrative record for thirty days, to December 15, 2017, to allow the Parties time to resolve this matter.

7. The Parties agree that all other deadlines should be maintained for now, but reserve the right to seek further continuances according to the Court's rules.

///

///

///

///

Respectfully submitted:

DATED: November 2, 2017      DANNIS WOLIVER KELLEY

By: */s/ Matthew J. Tamel*
MATTHEW J. TAMEL
KASMIRA M. BROUGH
Attorneys for Plaintiff /
Counter-Defendant
TRAVIS UNIFIED SCHOOL DISTRICT

DATED: November 6, 2017      RUDERMAN & KNOX

By: */s/ Colleen A. Snyder*
F. RICHARD RUDERMAN
COLLEEN A. SNYDER
Attorneys for Defendants and
Counter-Claimants C.B., DEBRA
BELL, AND DONALD BELL

**IT IS SO ORDERED.**

Dated:   November 7, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE