MATTHEW J. TAMEL, State Bar No. 229378
mtamel@DWKesq.com
KASMIRA M. BROUGH, State Bar No. 308791
kbrough@DWKesq.com
Dannis Woliver Kelley
275 Battery Street, Suite 1150
San Francisco, CA 94111
Telephone: 415.543.4111
Facsimile: 415.543.4384

Attorneys for Plaintiff and Counter-Defendant
TRAVIS UNIFIED SCHOOL DISTRICT

F. RICHARD RUDERMAN, SB No. 142226
rick@rudermanknox.com
COLLEEN A. SNYDER, SB No. 274064
colleen@rudermanknox.com
Ruderman & Knox, LLP
1300 National Drive, Suite 200
Sacramento, CA 95834
Telephone: 916-563-0100
Facsimile: 916-563-0114

Attorneys for Defendants and Counter-Claimants
C.B., DEBRA BELL, AND DONALD BELL

DANNIS WOLIVER KELLEY
275 BATTERY STREET, SUITE 1150
SAN FRANCISCO, CA 94111

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS UNIFIED SCHOOL DISTRICT,<br><br>Plaintiff,<br>v.<br><br>DEBRA BELL and DONALD BELL, individually and as parents on behalf of C.B., a minor,<br><br>Defendants. | Case No. 2:17-CV-00808-WBS-AC<br><br>**JOINT NOTICE OF SETTLEMENT; STIPULATION TO DISMISS WITH PREJUDICE; [~~PROPOSED~~] ORDER**<br><br>Complaint Filed: April 18, 2017 |
| DEBRA BELL and DONALD BELL, individually and as parents on behalf of C.B., a minor,<br>T<br>Counter-Claimants,<br>v.<br><br>TRAVIS UNIFIED SCHOOL DISTRICT,<br>Counter-Defendant. | |

## NOTICE OF DISMISSAL AND STIPULATION

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 160, Plaintiff and Counter-Defendant Travis Unified School District ("District") and Defendants and Counter-Claimants Debra and Donald Bell, individually and as parents on behalf of C.B., a minor (collectively, "Parties"), through their undersigned counsel, hereby give notice to the Court that the Parties have entered into a written settlement agreement approved by the District's Board of Education that resolves all of Plaintiff's and Counter-Claimants' claims in the above-captioned matter. Through this Stipulation, the Parties respectfully request that the Court dismiss Plaintiff's Complaint (Dkt. 1) and Counter-Claimants' Counterclaim (Dkt. 28) in their entirety with prejudice. A proposed order is submitted herewith.

All signatories listed and on whose behalf the filing is submitted, concur in this filing's contents and have authorized this filing.

DATED: November 16, 2017

DANNIS WOLIVER KELLEY

By: */s/ Matthew J. Tamel*
MATTHEW J. TAMEL
KASMIRA M. BROUGH
Attorneys for Plaintiff / Counter-Defendant
TRAVIS UNIFIED SCHOOL DISTRICT

DATED: November 16, 2017

RUDERMAN & KNOX

By: */s/ F. Richard Ruderman*
F. RICHARD RUDERMAN
COLLEEN A. SNYDER
Attorneys for Defendants and Counter-Claimants C.B., DEBRA BELL, AND DONALD BELL

DANNIS WOLIVER KELLEY
275 BATTERY STREET, SUITE 1150
SAN FRANCISCO, CA 94111

**ORDER**

Having considered the Joint Notice of Settlement and Stipulation to Dismiss with Prejudice ("Stipulation") filed by Plaintiff and Counter-Defendant Travis Unified School District ("District") and Defendants and Counter-Claimants Debra and Donald Bell, individually and as parents on behalf of C.B., a minor (collectively, "Parties"), and good cause appearing therefore, it is hereby ORDERED as follows:

1. The Stipulation is APPROVED;
2. Plaintiff's Complaint (Dkt. 1) is DISMISSED in its entirety with prejudice;
3. Counter-Claimants' Counterclaim (Dkt. 28) is DISMISSED in its entirety with prejudice;
4. In light of the dismissal, all further deadlines set forth in the Status (Pretrial Scheduling) Order (Dkt. 34) are vacated.

Dated: November 17, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DANNIS WOLIVER KELLEY
275 BATTERY STREET, SUITE 1150
SAN FRANCISCO, CA 94111